IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANA JOHN HARWOOD,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No.  2:13-cv-01092-CW-EJF<br><br>Judge Clark Waddoups |

   This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 5.) On February 12, 2015, Judge Furse issued a Report and Recommendation recommending that the court affirm the Commissioner's decision that Plaintiff does not qualify for Disability Insurance Benefits under Title II of the Social Security Act. (Dkt. No. 18.) Plaintiff failed to file an Objection or other response to Judge Furse's Report and Recommendation within the permitted timeframe.

   Accordingly, and upon a *de novo* review of the Judge Furse's findings, the court APPROVES AND ADOPTS Judge Furse's Report and Recommendation (Dkt. No. 18) in its entirety, affirming the Commissioner's decision. This case is therefore closed.

Case 2:13-cv-01092-CW Document 19 Filed 03/11/15 Page 2 of 2

2

SO ORDERED this 11th day of March, 2015.

                                          BY THE COURT:

                                          _____
                                          Clark Waddoups
                                          United States District Judge